**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARY GENE SPEARS, | ) NO. EDCV 10-1380-RGK (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| MATTHEW CATE, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: January 31, 2012.

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE